UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Panini America, Inc.,

    Petitioner,

v.

National Football League Players, Inc.,

    Respondent.

Case No.:   1:24-cv-06766-NRB

_____

## ~~[PROPOSED]~~ FINAL JUDGMENT

WHEREAS, on September 6, 2024, Petitioner Panini America, Inc. filed a Petition for Confirmation of Arbitration Award seeking confirmation of a Final Award, dated July 30, 2024, issued by an Arbitral Tribunal pursuant to the rules of the American Arbitration Association (the "Final Award") [ECF No. 1-1] against Respondent National Football League Players, Inc.

WHEREAS, this Court has subject matter jurisdiction based on the complete diversity of citizenship under 28 U.S.C. § 1332(a)(2).

WHEREAS, the Final Award granted relief in favor of Petitioner and against Respondent, declaring that the Parties' License Agreement remains fully in effect and awarding Panini $7,816,946.97 in damages, without interest.

WHEREAS, Respondent does not contest that it is obligated to abide by the Final Award and make payment in satisfaction of the Final Award.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Federal Arbitration Act, 22 U.S.C. §§ 9 and 207:

1. This Court has subject matter jurisdiction over this action, and Respondent has waived any objection to venue or personal jurisdiction for the purpose of the entering of the Judgment.

2. The relief requested in the Petition [ECF No. 1] is granted.

3. The Final Award [ECF No. 1-1] rendered in the arbitration between Petitioner and Respondent is hereby confirmed in all respects.

4. Judgment is hereby entered in favor of Petitioner (i) in the amount of $7,816,946.97 and (ii) declaring that the Parties' License Agreement, as defined in the Final Award, remains fully in effect.

5. This Judgment is rendered without costs, fees or expenses assessed against any party.

6. Execution shall issue for this Judgment, and Petitioner shall be entitled to all legally available means of enforcing this Judgment.

7. The Court will retain jurisdiction over the parties to enforce this Judgment.

8. There is no reason for delay in the entry of this Judgment and the Court expressly directs immediate entry of this Judgment by the Clerk of the Court.

**DATED:** September 26, 2024
New York, New York

*[signature]*
United States District Judge